# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Amado Pantoja Jr. & Laura L. Pantoja          Atty Name (if applicable): _____

Street Address: 111 N. Avenida Segovia          CA Bar No. (if applicable): _____

Anaheim, CA 92808-1016          Atty Fax No. (if applicable): _____

Filer's Telephone No.: _____

In re:

Amado Pantoja Jr. &
Laura L. Pantoja

Case No.: 8:07-bk-11779-RK

Chapter 7 ✗    11 ____    13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ✓    No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____   B ____   C ____   D ____   E ____   F ✓   G ____   H ____   I ____   J ____

Statement of Social Security Number(s) ____        Statement of Financial Affairs ____

Statement of Intention ____        Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Amado Pantoja Jr. & Laura L. Pantoja, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 7-20-07

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

FILED
JUL 20 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

*SEE REVERSE SIDE**

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: __7-20-07__          __Aline Limansky__
                            Print or Type Name

                            __[signature]__
                            Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
## Central District of California

IN RE: Pantoja, Amado Jr. & Pantoja, Laura L
Debtor(s)

Case No. 11779

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 64,068.81 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 78,628.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 144,344.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,240.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,571.00 |
| TOTAL | | 17 | $ 64,068.81 | $ 222,972.53 | |

SUMMARY OF SCHEDULES

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                            Case No. 11779

Pantoja, Amado Jr. & Pantoja, Laura L             Chapter 7
Debtor(s)

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $ 1,240.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,571.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 878.33 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 16,628.01 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 144,344.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 160,972.53 |

STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

Official Form 6F (10/06)

IN RE Pantoja, Amado Jr. & Pantoja, Laura L _____ Case No. **11779**
                                Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0699<br>Bank Of America<br>PO Box 15726<br>Wilmington, DE 19886 | | C | Revolving Credit Card | | | | 10,606.82 |
| ACCOUNT NO.<br>Bill Nickel<br>700 West Collins<br>Orange, CA 92867 | | C | | | | | 3,200.00 |
| ACCOUNT NO.<br>Bob Howard<br>4832 School Street<br>Yorba Linda, CA 92886 | | C | | | | | 1,500.00 |
| ACCOUNT NO. 6514<br>Capital One<br>PO Box 105131<br>Atlanta, GA 30348-5131 | | C | Loan | | | | 4,700.00 |

**5** continuation sheets attached

Subtotal
(Total of this page)   $ **20,006.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Pantoja, Amado Jr. & Pantoja, Laura L  
Debtor(s)  
Case No. 11779

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8467<br>Care Ambulance Service, Inc<br>1517 W Braden Court<br>Orange, CA 92868 | | C | Medical Bill | | | | 50.00 |
| ACCOUNT NO.<br>Charley Clark<br>9856 Hoback Street<br>Bellfower, CA 90706 | | C | Construction Worl | | | | 35,000.00 |
| ACCOUNT NO. SCNJ<br>Clemente Vasquez Cahuantzi<br>713 N Hemlock Place<br>Anaheim, CA 92805 | | C | Small Claims Case Plaintiff | | | | 4,100.00 |
| ACCOUNT NO.<br>Dan And Cathy Johnson<br>5155 Via Del Agero<br>Yorba Linda, CA 92887 | | C | Construction Work | | | | 8,000.00 |
| ACCOUNT NO. 9122<br>David's Bridal<br>Po Box 60107<br>City Of Industry, CA 91716-0107 | | C | Revolving Credit Card Account | | | | 418.21 |
| ACCOUNT NO. 8858<br>Dell Preferred Account<br>Payment Processing Center<br>Po Box 6403<br>Carol Stream, IL 60197-6403 | | C | | | | | 364.53 |
| ACCOUNT NO. 5397<br>Don Roberto Jewelers<br>618 W Chapman Ave<br>Placentia, CA 92870 | | C | Installment Account | | | | 13,825.17 |

Sheet no. __1__ of __5__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **61,757.91**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Pantoja, Amado Jr. & Pantoja, Laura L                                                                                   Case No. 11779
                                     Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7012 Dunn-Edwards Corporation 4885 East 52nd Place Los Angeles, CA 90040-2884 | | C | Unpaid Bill for Servicing | | | | 641.51 |
| ACCOUNT NO. Earl Johnson 1042 Bradford Ave. Placentia, CA 92870 | | C | | | | | 2,000.00 |
| ACCOUNT NO. Gary Hayes 4832 School Street Yorba Linda, CA 92886 | | C | | | | | 5,500.00 |
| ACCOUNT NO. Guillenmo Chavas 308 South Laurel Apt #1 Santa Ana, CA 92704 | | C | Upaid Wages | | | | 2,400.00 |
| ACCOUNT NO. Hi-Jay Laminates 11011 D E. Ash Yorba Linda, CA 92886 | | C | | | | | 400.00 |
| ACCOUNT NO. Home Depot 601 S. Placentia Fullerton, CA 92831 | | C | Upiad Store purchases | | | | 608.05 |
| ACCOUNT NO. 9122 HSBC Retail Services Po Box 5244 Carol Stream, IL 60197-5244 | | C | Collections Department | | | | 418.21 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page) $ 11,967.77

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.
Case 8:07-bk-11779-RK    Doc 11    Filed 07/20/07    Entered 07/24/07 14:29:31    Desc
Main Document    Page 8 of 17

IN RE Pantoja, Amado Jr. & Pantoja, Laura L
Debtor(s)
Case No. 11779

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1952<br>Labor Commissioner, State Of California<br>28 Civic Center Plaza Room 625<br>Santa Ana, CA 92701 | | C | Notice of Claim and Conference | | | | unknown |
| ACCOUNT NO.<br>Leonard M Louise Lago<br>4912 VAn Buren<br>Yorba Linda, CA 92886 | | C | | | | | 15,709.90 |
| ACCOUNT NO.<br>Lorenzo Regino<br>1174 W Hampshire Ave.<br>Anaheim, CA 92802 | | C | | | | | 1,500.00 |
| ACCOUNT NO.<br>Mullanhey Chevrolet<br>600 W Commonwealth<br>Fullerton, CA 92832 | | C | Service Bill Past Due | | | | 1,918.09 |
| ACCOUNT NO.<br>Norm<br>251 May Ave.<br>Monrovia, CA 91016 | | C | | | | | 900.00 |
| ACCOUNT NO.<br>Pacific Community Credit Union<br>401 E Imperial Hwy<br>Fullerton, CA 92834-9403 | | W | Line of Credit | | | | 1,134.80 |
| ACCOUNT NO.<br>Peggy Baltazar<br>6205 Camino Manzano<br>Anaheim, CA 92808 | | C | | | | | 11,000.00 |

Sheet no. 3 of 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 32,162.79

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.  Case 8:07-bk-11779-RK  Doc 11  Filed 07/20/07  Entered 07/24/07 14:29:31  Desc
Main Document  Page 9 of 17

IN RE Pantoja, Amado Jr. & Pantoja, Laura L  Case No. 11779
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pest Control Amoxie Pams<br>685 E Cochran St Unit 150<br>Simi Valley, CA 93065 | | C | Outstanding Bill for Supplies | | | | 96.51 |
| ACCOUNT NO. 9496<br>Placentia Linda Hosptial<br>File# 57507<br>Los Angeles, CA 90074-0001 | | C | Medical Bill C/O Michael A Pantoja | | | | 100.00 |
| ACCOUNT NO. 9122<br>Retail Services<br>Po Box 60107<br>City Of Industry, CA 91716-0107 | | C | Revolving Credit Card Account | | | | 418.21 |
| ACCOUNT NO.<br>Sherry Sanders<br>21825 Heatherwood<br>Yorba Linda, CA 92887 | | C | | | | | 1,500.00 |
| ACCOUNT NO.<br>St Jude Medical Center<br>Patient Representative CenterCA<br>Po Box 4138<br>Fullerton, CA 92835-9973 | | C | Medical Bill | | | | 50.00 |
| ACCOUNT NO.<br>Stone Alf<br>1701 S State College Blvd<br>Anaheim, CA 92806 | | C | | | | | 700.00 |
| ACCOUNT NO. 3701<br>Target National Bank<br>Po Box 59317<br>Minneapolis, MN 55459-0317 | | C | Revolving Credit Card Account | | | | 6,834.51 |

Sheet no. 4 of 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 9,699.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Pantoja, Amado Jr. & Pantoja, Laura L        Case No. 11779
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tom And Shelly Almanzar<br>949 Carina Ave.<br>Placentia, CA 92870 | | C | | | | | 3,000.00 |
| ACCOUNT NO.<br>Tony Moreno<br>541 S Hofgarrden St<br>La Puente, CA 91744 | | C | | | | | 5,000.00 |
| ACCOUNT NO.<br>Uborio Landscape<br>1618 La Paloma<br>Placentia, CA 92870 | | C | Landscape | | | | 500.00 |
| ACCOUNT NO.<br>UCI Medical Center<br>200 S Manchester, 4th Floor<br>Orange, CA 92868-3297 | | C | Medical Bill | | | | 250.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  8,750.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $  144,344.52

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                          Case No. **11779**

Pantoja, Amado Jr. & Pantoja, Laura L                                           Chapter **7**
                         Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____**6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **July 20, 2007**                 Signature: _/s/ Sonny Pantoja_                                                    Debtor

Date: **July 20, 2007**                 Signature: _/s/ Laura L Pantoja_                                                  Joint Debtor, if any

Date: _____                      Signature: _____                                           Attorney (if applicable)

VERIFICATION OF CREDITOR MAILING LIST

Sonny Pantoja
111 N Avenida Segovia
Anaheim, CA  92808-1016


Laura L Pantoja
111 N Avenida Segovia
Anaheim, CA  92808-1016

American First Credit Union
700 N Harbor Blvd
La Habra, CA  90631-4026


Bank Of America
PO Box 15726
Wilmington, DE  19886


Bill Nickel
700 West Collins
Orange, CA  92867


Bob Howard
4832 School Street
Yorba Linda, CA  92886


Capital One
PO Box 105131
Atlanta, GA  30348-5131


Care Ambulance Service Inc
1517 W Braden Court
Orange, CA  92868


Charley Clark
9856 Hoback Street
Bellfower, CA  90706


Clemente Vasquez Cahuantzi
713 N Hemlock Place
Anaheim, CA  92805


Dan And Cathy Johnson
5155 Via Del Agero
Yorba Linda, CA  92887

David's Bridal
Po Box 60107
City Of Industry, CA   91716-0107


Dell Preferred Account
Payment Processing Center
Po Box 6403
Carol Stream, IL   60197-6403


Don Roberto Jewelers
618 W Chapman Ave
Placentia, CA   92870


Dunn-Edwards Corporation
4885 East 52nd Place
Los Angeles, CA   90040-2884


Earl Johnson
1042 Bradford Ave
Placentia, CA   92870


Gary Hayes
4832 School Street
Yorba Linda, CA   92886


Guillenmo Chavas
308 South Laurel Apt #1
Santa Ana, CA   92704


Hi-Jay Laminates
11011 D E Ash
Yorba Linda, CA   92886


Home Depot
601 S Placentia
Fullerton, CA   92831

HSBC Retail Services
Po Box 5244
Carol Stream, IL  60197-5244


Labor Commissioner State Of Califo
28 Civic Center Plaza Room 625
Santa Ana, CA  92701


Leonard M Louise Lago
4912 VAn Buren
Yorba Linda, CA  92886


Lorenzo Regino
1174 W Hampshire Ave
Anaheim, CA  92802


Mullanhey Chevrolet
600 W Commonwealth
Fullerton, CA  92832


Norm
251 May Ave
Monrovia, CA  91016


Pacific Community Credit Union
401 E Imperial Hwy
Fullerton, CA  92834-9403


Peggy Baltazar
6205 Camino Manzano
Anaheim, CA  92808


Pest Control Amoxie Pams
685 E Cochran St Unit 150
Simi Valley, CA  93065

Placentia Linda Hosptial
File# 57507
Los Angeles, CA   90074-0001


Retail Services
Po Box 60107
City Of Industry, CA   91716-0107


Sherry Sanders
21825 Heatherwood
Yorba Linda, CA   92887


St Jude Medical Center
Patient Representative CenterCA
Po Box 4138
Fullerton, CA   92835-9973


Stone Alf
1701 S State College Blvd
Anaheim, CA   92806


Target National Bank
Po Box 59317
Minneapolis, MN   55459-0317


Tom And Shelly Almanzar
949 Carina Ave
Placentia, CA   92870


Tony Moreno
541 S Hofgarrden St
La Puente, CA   91744


Uborio Landscape
1618 La Paloma
Placentia, CA   92870

UCI Medical Center
200 S Manchester 4th Floor
Orange, CA  92868-3297